USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12/5/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

COLLINS,

                              Plaintiff,            18-CV-7011 (ALC)

      -against-                                  **ORDER**

THE AMERICAN HEART ASSOCIATION,
INC. ET AL.,

                             Defendants.

----------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty (60) days.

**SO ORDERED.**

Dated:    December 5, 2019
             New York, New York

                                                            HON. ANDREW L. CARTER, JR.
                                                              United States District Judge